

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00134-CV

**IN RE ARS SPECIALTY CONTRACTORS, LLC** d/b/a Garren Construction, Elizabeth
Yetman Chavez, and Ramiro Chavez, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: September 7, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On March 4, 2022, relators filed a petition for writ of mandamus and a motion for
emergency stay of the arbitrator's scheduling order for the arbitration proceedings. On March 17,
2022, we granted relators' emergency motion and stayed all deadlines and settings in the
arbitrator's scheduling order pending disposition of the petition for writ of mandamus. We also
requested the respondent and real parties in interest file a response to the petition. On April 12,
2022, the real parties in interest filed a response. After considering the petition, the response, and
the record, we conclude relators are not entitled to the relief sought. Accordingly, the petition for

---

[1]This proceeding arises out of Cause No. 2021CI20699, styled *ARS Specialty Contractors, LLC d/b/a Garren Construction v. Central Texas Express Metalwork, LLC d/b/a Express Contracting and Kara Clayton*, which was consolidated with Cause No. 2021CI121753, styled *Central Texas Express Metalwork, LLC d/b/a Express Contracting v. ARS Specialty Contractors, LLC d/b/a Garren Construction, Elizabeth Yetman Chavez, and Ramiro Chavez*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.

writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on March 17, 2022 is lifted.

PER CURIAM